[No. 6714-9-III. Division Three. March 11, 1986.]

VIRGIL J. MCVICKER, ET AL, *Appellants, v.* DON PAFFILE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Asotin

County, No. 17633, Patrick McCabe, J. Pro Tem., entered August 16, 1984. *Reversed* and *remanded* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.